COURT OF APPEALS
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**
**NO. 02-10-00324-CR**

ROBERT JAMES STEVENS                                      APPELLANT

V.

THE STATE OF TEXAS                                            STATE

-----------

FROM COUNTY COURT AT LAW NO. 1 OF PARKER COUNTY

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered "First Amended Motion To Withdraw Appeal." The motion complies with rule 42.2(a) of the rules of appellate procedure. Tex. R. App. P. 42.2(a). No decision of this court having been delivered before we received this motion, we grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.2(a), 43.2(f).

PER CURIAM

PANEL: LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: March 17, 2011

---

[1]*See* Tex. R. pp. P. 47.4.